Chapter 13 Plan Form, Revised 10/24/2005

# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI      CASE NO. **11-50832**

Debtor **Pinky Anise Bowman**     SS # XXX-XX- **5959**    Current Monthly Income $ **1856.00**
Joint Debtor_____    SS # XXX-XX-_____    Current Monthly Income $_____
Address **720 Grace Avenue; Hattiesburg, MS  39402**    No. of Dependents **1**
Telephone No. **601-744-6519**    TAX REFUNDS AND EIC FOR DISTRIBUTION:_____

**THIS PLAN DOES NOT ALLOW CLAIMS.** Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **48** months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A)   Debtor shall pay $ **479.00** per monthly to the Chapter 13 Trustee.
       A payroll deduction order will be issued to Debtor's employer @:
       **Sears, Roebuck & Co.**
       **3333 Beverly Road**
       **Hoffman Estates, IL  60179**

(B)   Joint Debtor shall pay $_____ per (monthly / semi-monthly / weekly / bi-weekly) to the Chapter 13 Trustee.
       A payroll deduction order will be issued to Debtor's employer @:

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $_____ @$_____/mo
State Tax Commission $_____ @$_____/mo     Other $_____ @ $_____/mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:** _____

beginning_____ in the amount of $_____ per month shall be paid:_____direct_____through payroll deduction_____through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:** _____

in the amount of $_____ shall be paid $_____ per month:_____through payroll deduction_____through the plan.

**HOME MORTGAGE(S)**
MTG PMTS TO: **Carrington Mortgage**        BEGINNING **4/2011**    @$ **360.00**    ( ) PLAN (**XX**) DIRECT
MTG PMTS TO:_____        BEGINNING_____    @$_____    ( ) PLAN ( ) DIRECT
MTG ARREARS TO:_____        THROUGH_____    $_____    @$_____/MO*
MTG ARREARS TO:_____        THROUGH_____    $_____    @$_____/MO*

Debtor's Initials **PAB**     Joint Debtor's Initials_____        CHAPTER 13 PLAN, PAGE 1 OF **2**

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| Chase Auto Finance | 2007 Hyundai Santa Fe | $23,389 | $15,952 | 7 % | $18,335.52 | $381.59 |
| Hattiesburg Finance | Household Goods | $ 1800 | $ 100 | % | Avoid Lien, Pay As Unsecured | |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:

**UNSECURED DEBTS** totaling approximately $ **16,800** are to be paid in deferred payments to Creditors that have filed claims that are not disallowed: _____ IN FULL or **1** % (PERCENT) **Approximately.**

Total Attorney Fees Charged $ **2800**                Pay administrative costs and debtor's attorney fees
Attorney Fees Previously Paid $ **416**               pursuant to Court Order and/or local rules.
Attorney fees to be paid through the plan $ **2384**

Name/Address/Phone # of Vehicle Insurance Co./Agent        Attorney for Debtor (Name/Address/Phone # / Email)
  **Allstate - Bernard Green**                              Paul B. Caston, MSB # 10086
  **17 Plaza Drive**                                        P.O. Box 1742
  **Hattiesburg, MS  39402**                                Hattiesburg, MS  39403-1742
Telephone/Fax     **601**-**264-1628**                      Telephone/Fax  601-544-2516  /  601-544-2517
                                                            E-mail Address  paulcaston@gmail.com

DATE:  **4/19/2011**     DEBTOR'S SIGNATURE        /s/  **Pinky Anise Bowman**

                        JOINT DEBTOR'S SIGNATURE

                        ATTORNEY'S SIGNATURE      **/s/ Paul B. Caston**

Debtor's Initials  *PAB*     Joint Debtor's Initials_____        CHAPTER 13 PLAN, PAGE 2 OF  2