Chapter 13 Plan Form, Revised 10/24/2005

*** MODIFIED

## CHAPTER 13 PLAN
### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI          CASE NO. 11-50832

Debtor **Pinky Anise Bowman**          SS # XXX-XX- **5959**   Current Monthly Income $ **1856.00**
Joint Debtor_____          SS # XXX-XX- _____   Current Monthly Income $_____
Address **720 Grace Avenue; Hattiesburg, MS 39402**          No. of Dependents **1**
Telephone No. **601-744-6519**   TAX REFUNDS AND EIC FOR DISTRIBUTION:_____

**THIS PLAN DOES NOT ALLOW CLAIMS.** Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.

**PAYMENT AND LENGTH OF PLAN**        ***54
The plan period shall be for a period of ~~48~~ _____ months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A)   Debtor shall pay $ **479.00** per monthly to the Chapter 13 Trustee.
      A payroll deduction order will be issued to Debtor's employer @:
      **Sears, Roebuck & Co.**
      **3333 Beverly Road**
      **Hoffman Estates, IL 60179**

(B)   Joint Debtor shall pay $_____ per (monthly / semi-monthly / weekly / bi-weekly) to the Chapter 13 Trustee.
      A payroll deduction order will be issued to Debtor's employer @:
      _____
      _____
      _____

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $_____ @$_____/mo
State Tax Commission $_____ @$_____/mo   Other $_____ @ $_____/mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:** _____
_____
_____

beginning _____ in the amount of $_____ per month shall be paid: _____ direct _____ through payroll deduction _____ through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:** _____
_____
_____

in the amount of $_____ shall be paid $_____ per month: _____ through payroll deduction
_____ through the plan.

**HOME MORTGAGE(S)**
MTG PMTS TO: **Carrington Mortgage**   BEGINNING **4/2011**   @$ **360.00**   ( ) PLAN (XX) DIRECT
MTG PMTS TO: _____   BEGINNING _____   @$_____   ( ) PLAN ( ) DIRECT
MTG ARREARS TO: _____   THROUGH _____   $_____   @$_____/MO*
MTG ARREARS TO: _____   THROUGH _____   $ *691.64* @$_____/MO*
                                                   per ORDER

Debtor's Initials **PAB**   Joint Debtor's Initials _____          CHAPTER 13 PLAN, PAGE 1 OF **2**

11-50832-KMS Dkt 58 Filed 12/05/11 Entered 12/05/11 19:35:30 Page 2 of 2

Case 11-50832-KMS Doc 44 Filed 07/08/11 Entered 07/08/11 16:45:07 Desc Main
Document Page 5 of 5
Case 11-50832-KMS Doc 8 Filed 04/20/11 Entered 04/20/11 11:37:21 Desc Main
Document Page 2 of 2

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| Chase Auto Finance | 2007 Hyundai Santa Fe | $23,_ | $15,952 | 7 % | $18,335.52 | $381.59 |
| Hattiesburg Finance | Household Goods | $1800 | $100 | % | Avoid Lien, Pay As | 522f |
| Tower Loan | Household Goods | $2256 | $100 | | Avoid Lien Unsecured | 522f |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:
_____
_____

**UNSECURED DEBTS** totaling approximately $ 16,800  are to be paid in deferred payments to Creditors that have filed claims that are not disallowed: _____ IN FULL or ___1___ % (PERCENT) **Approximately.**

Total Attorney Fees Charged $ 2800
Attorney Fees Previously Paid $ 416
Attorney fees to be paid through the plan $ 2384

Pay administrative costs and debtor's attorney fees pursuant to Court Order and/or local rules.

Name/Address/Phone # of Vehicle Insurance Co./Agent
**Allstate - Bernard Green**
**17 Plaza Drive**
**Hattiesburg, MS 39402**
Telephone/Fax    **601-264-1628**

Attorney for Debtor (Name/Address/Phone # / Email)
Paul B. Caston, MSB # 10086
P.O. Box 1742
Hattiesburg, MS 39403-1742
Telephone/Fax 601-544-2516 / 601-544-2517
E-mail Address paulcaston@gmail.com

DATE: **4/19/2011**    DEBTOR'S SIGNATURE    /s/ **Pinky Anise Bowman**

JOINT DEBTOR'S SIGNATURE _____

ATTORNEY'S SIGNATURE    /s/ **Paul B. Caston**

Debtor's Initials _PAB_    Joint Debtor's Initials _____    CHAPTER 13 PLAN, PAGE 2 OF_2_