_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 1, 2015**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE NO. |
| Pinky Anise Bowman | 11-50832 KMS |

### AGREED ORDER DENYING TRUSTEE'S MOTION TO DISMISS

THERE CAME TO BE CONSIDERED the Trustee's Motion to Dismiss for Non-Payment (DK#71) and the parties having reached an agreement thereto hereby submit to the Court the following:

IT IS HEREBY AGREED AND ORDERED:

(A)  The Trustee's Motion to Dismiss is hereby denied.

(B)  The present default in payment into the debtor's plan is waived, and the plan payments will increase to $564.00. Debtor agrees to resume making full, regular, timely payments to the Trustee, with the next payment due on or before June 11, 2015. Failing to make this payment or any full, regular, timely payment, on or before the above due date of any succeeding month thereafter, without first obtaining the Court's approval, the case will be dismissed, 14 days after the Trustee's Notice of Default is sent, without further notice or hearing.

(C)  The debtor must at all times keep the Trustee fully advised regarding the debtor's home address and the name and address of the debtor's employer.

##END OF ORDER##

| SUBMITTED BY: | AGREED: |
|---|---|
| /s/ J.C. BELL, TRUSTEE | /s/  PAUL CASTON |
| P.O. BOX 566 | Attorney for Debtor |
| HATTIESBURG, MS  39403 | |
| (601) 582-5011 | |
| mdg@jcbell.net | |